UNITED STATES of America,
Plaintiff–Appellee,

v.

Donald Anthony GILLIARD,
Defendant–Appellant.

No. 01–8059.

United States Court of Appeals,
Fourth Circuit.

Submitted April 30, 2002.

Decided June 17, 2002.

Donald Anthony Gilliard, Appellant Pro Se. Miller Williams Shealy, Jr., Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald Anthony Gilliard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court that the motion was untimely. *United States v. Gilliard,* Nos. CR–92–108; CA–00–308–2–08 (D.S.C. Sept. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*